**AMENDED CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 2 2 2018

JAMES N. HATTEN, Clerk
By: ̲S̲.̲ ̲B̲r̲a̲n̲n̲o̲n̲ Deputy Clerk

Leonard O. Kosinski   1062503
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:18-cv-4561-ELR-RGV

-vs-

① Colonel Prince; ② Major Williams
③ Lietenant Easterly; ④ Deputy Everitt House
⑤ Sgt Ellison

(Enter above the full name of the defendant(s).)
(Refusal of first name by every deputy asked)

I. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )   No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

N/A

1. Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

N/A 2. Court (name the district): _____

N/A 3. Docket Number: _____

Rev 12/5/07

I.  **Previous Lawsuits (Cont'd)**

   4.  Name of judge to whom case was assigned: _____  *N/A*

   5.  Did the previous case involve the same facts?

       Yes ( )   No ( )

   6.  Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
       _____
       _____

   7.  Approximate date of filing lawsuit: _____

   8.  Approximate date of disposition: _____  *N/A*

II. **Exhaustion of Administrative Remedies**
   Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A.  Place of Present Confinement:   COBB COUNTY JAIL - MARIETTA, GA

   B.  Is there a prisoner grievance procedure in this institution?

       Yes (✓)   No ( )

   C.  Did you present the facts relating to your complaint under the institution's grievance procedure?

       Yes (✓)   No ( )

   D.  If your answer is YES:
       1.  What steps did you take and what were the results?
           NUMEROUS GRIEVANCES AND GRIEVANCE APPEALS FILED; NEARLY ALL RESPONSES WERE EVASIVE AND INCOMPLETE
           _____
           _____

       2.  If your answer is NO, explain why not: _____
           _____

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: LEONARD O. KOSINSKI #19/062503

Address(es): 191 ROSWELL STREET MARIETTA GA 30060
4056 HICKORY FAIRWAY DRIVE WOODSTOCK, GA 30188
GCADC P.O. BOX 100110 MARIETTA GA 30061 / 1825 COUNTY SERVICES PKWY MARIETTA, GA 30008

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): (1) COLONEL PRINCE (2) MAJOR WILLIAMS (3) LIETENANT EASTERLY (4) EVERITT HOUSE (5) SERGEANT ELLISON

Employed as JAIL OPERATORS/ADMINISTRATORS AS SHERIFF'S DEPUTIES

at 1825 COUNTY SERVICES PARKWAY, MARIETTA, GA 30008

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) Excessive BAIL IMPOSED AT THIS FACILITY WITH ADDITIONAL FEES ADDED ONTO BOND AMOUNT. "PRETRIAL SERVICES" Declined to GRANT A SIGNATURE BOND, EVEN AFTER PRESENTING VERIFIABLE PROOF THAT I WORK IN/FREQUENT THE COURTS OFTEN — THUS ABSOLUTELY NO "FLIGHT RISK", AND AM UNABLE TO MAKE BAIL AMOUNT WITHOUT PHONE CALLS FROM A REGULAR PHONE. FACILITY OPERATED BY COLONEL PRINCE, WITH MAJOR WILLIAMS AND LIETENANT EASTERLY RESPONDING TO ALL GRIEVANCES PERTAINING TO THIS. August 6th-7th 2018 MY BOND WAS SET AT $10,000⁰⁰ plus $1200 IN "SHERIFF'S OFFICE FEES"

Rev. 12/5/07

IV.  **Statement of Claim (Cont'd)**

② ACCESS TO THE COURTS OF THIS STATE AND U.S. DISTRICT COURT FOR BOTH CIVIL & CRIMINAL CASES HAS BEEN SEVERLY RESTRICTED/ABRIDGED. NUMEROUS LEGAL MAILINGS RETURNED TO ME SEPTEMBER 7th 2018, THAT I HAD GIVEN TO DEPUTIES A WEEK PRIOR.

③ ACCESS TO ADEQUATE LEGAL COUNSEL UNDOUBTEDLY ABRIDGED BY NOT ALLOWING ANY PHONE CALLS FROM AUGUST 9th 2018 through October 10th 2018; even then, excessive RESTRICTIONS ON PHONE USAGE AND WHAT NUMBERS MAY BE CALLED — SOME LAW FIRMS PHONE NUMBERS ARE BLOCKED FROM THIS FACILITY FROM WITHIN. AGAIN; COLONEL, MAJOR, AND LIEUTENANT DEFENDANTS ARE NOT ALLOWING OTHER LEGAL CONTACT OR SEARCH THEREOF, ON AUGUST 10th 2018 DEFENDANTS TURNED AWAY VISIT FROM MY APPOINTED COUNSEL.

④ RELIGIOUS SERVICES AND MATERIALS PREVENTED FROM ACCESS; TO ME AND OTHERS.

⑤ LIFE, LIBERTY AND PROPERTY FURTHER INFRINGED UPON WHEN DEFENDANT DEPUTY EVERITT HOUSE MADE ABSURD FALSE ALLEGATIONS, THUS PROLONGING JUDICIAL CONSIDERATION OF BOND REDUCTION; ADDITION OF ADDITIONAL FALSE CHARGE; INCREASE IN EXCESSIVE BAIL; AND PROMPTED Sgt. ELLISON TO FIND IT APPROPRIATE TO FORCE CRUEL AND UNUSUAL PUNISHMENT BY SHACKLING 2 CHAINS—ARMS BODY AND LEGS FOR THE 1 Hour/DAY THEY LET ME OUT OF MY CELL TO SHOWER — IF THEY DIDN'T SKIP IT ALLTOGETHER — DEFYING LOGIC AND VIOLATING P.R.E.A. TO MAINTAIN Hygiene. August 12th–14th 2018 DATE OF FALSE AFFIDAVIT, signed August 23rd by MAGISTRATE.

V.  **Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

① FEDERAL AND STATE AUDITS AND INVESTIGATIONS INTO THE MATTERS; WHETHER INTRINSICALLY OR EXPRESSLY STATED — ALL CIVIL RIGHTS AND CRIMINAL COMPLAINTS AGAINST COBB COUNTY PUBLIC/ PEACE OFFICERS AND THE DEPARTMENTAL ENTITIES, CHAINS OF COMMAND, OFFICERS, AGENTS AND EMPLOYEES THEREOF IN ANY AND ALL FORMS OR CAPACITIES.

② INITIATE CIVIL ACTIONS WITH APPROPRIATE FEDERAL INJUNCTIONS, WRITS OF MANDAMUS, PROHIBITION, QUO WARRANTO AND DECLARATORY JUDGEMENTS WITH THE UNITED STATES (NAMING AS RELATOR) KOSINSKI VS. COBB COUNTY

V.   Relief (Cont'd)

(3) FEDERAL AND STATE AUDITS INTO RESOURCES ALOTTED TO FACILITY AND COUNTY — ESPECIALLY WITH LOCAL CORRUPTION CURRENT SCANDALS, MISAPPROPRIATED FUNDS, TAX SURPLUSES (S.P.L.O.S.T. TAX 15.7% OVER OF $750 MILLION); yet tax hikes county WIDE PAYING INCREASED BUREAUCRATIC SALARIES AND AND EXTRA $38.8 MILLION GIVEN TO COBB COUNTY SHERIFF'S DEPARTMENT AND RELATED DEPARTMENTS.

(4) DECLARATORY JUDGEMENT FOR DAMAGES AND CIVIL RIGHTS VIOLATIONS OF 10% OF EXCESS FUND/WRONGFUL DISBURSEMENT OF $38.8 million; of $3.88 MILLION TO THE PLAINTIFF

Signed this 12th day of OCTOBER, 2018.

Signature of Plaintiff

STATE OF GEORGIA
COUNTY (CITY) OF COBB

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 10-12-18
(Date)

Signature of Plaintiff

Rev. 12/5/07

IN THE
# UNITED STATES DISTRICT COURT
FOR THE
## NORTHERN DISTRICT OF GEORGIA

LEONARD O. KOSINSKI
   PLAINTIFF

    Vs.

I) COLONEL PRINCE et al,

II) COBB COUNTY POLICE OFFICERS HOLLOWAY AND ZHANG

CIVIL ACTION # (I) 1:18-cv-4561
(II) NOT YET ASSIGNED

## CERTIFICATE OF SERVICE

I, LEONARD O. KOSINSKI, UNDERSIGNED, HEREBY CERTIFY TRUE AND CORRECT COPIES (I-6; II-3) OF THE AMENDED COMPLAINT FOR (I), AND INITIAL COMPLAINT FOR (II), WITH ONE COPY FOR EACH LISTED DEFENDANT, PLUS ONE FOR THE COURT, AS WELL AS ONE ADDITIONAL "AFFIDAVIT AND AUTHORIZATION FOR WITHDRAWAL FROM INMATE ACCOUNT" FOR CASE (II), WERE GIVEN THIS DAY TO A COBB COUNTY SHERIFF'S DEPUTY FOR DELIVERY IN SEALED ENVELOPE TO:

CLERK OF THE COURT
2211 U.S. COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303-3361

FOR SERVICE TO:

COLONEL PRINCE et al,
1825 COUNTY SERVICES PKWY
MARIETTA, GA 30008

C.C.P.D. OFFICER HOLLOWAY
AND OFFICER ZHANG
140 N. MARIETTA PKWY
MARIETTA, GA 30060

THIS, THE 16th DAY OF OCTOBER, 2018.

X _____
LEONARD O. KOSINSKI, PRO SE
LEOKOTTO25@OUTLOOK.COM
LEOKOS1025@GMAIL.COM
191 ROSWELL STREET
MARIETTA, GA 30060